# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

v.                **CASE NO. 1:11cv0006 BSM**

**MELVIN J. FLACK; KARAN Y. FLACK;
STATE OF ARKANSAS; SHARP COUNTY
TREASURER; McHUGHES LAW FIRM, LLC;
CALVARY PORTFOLIO SERVICES, LLC;
and CHEROKEE VILLAGE COMMUNITY
IMPROVEMENT DISTRICT**                            **DEFENDANTS**

## ORDER

For good cause shown, and pursuant to the stipulation filed on May 19, 2011, the State of Arkansas, The McHughes Law Firm, LLC, Cavalry Portfolio Services, LLC., and Sharp County are dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

IT IS SO ORDERED this 24th day of May, 2011.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE