**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

v.                              **CASE NO. 1:11CV00006 BSM**

**MELVIN J. FLACK, et al.**                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

Dated this 19th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE